72,881-05

IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

| LAMAR BURKS | § | |
| | § | |
| V. | § | No. WR-72,881-05 |
| | § | |
| STATE OF TEXAS | § | |

MOTION DENIED
DATE: 1-6-15
BY: P.C.

MOTION FOR EXTENTION OF TIME FOR FILING REHEARING

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, the Appellant, LAMAR BURKS, pursuant to Texas Rules of Appellate Procedure 79.6, and submits this Motion for an extention of time to seek a rehearing to this Court's dismissal of his sucessive habeas petition. The present Motion for extention of time will show the following:

1) The deadline for filing a motion for rehearing in this case is January 1, 2015.

2) Appellant seeks a 40 day extention to file a motion for rehearing.

3) On December 17, 2014, this Court dismissed without written order the subsequent application for a writ of habeas corpus pursuant to Tex Code Crim. Proc. Art. 11.07, Sec. 4(a)-(c).

Page 1

4.)    The language of Tex Rules of Appelate Procedure 79.2 (d), bars filing a motion for rehearing of an order that **denies** habeas corpus relief under Code of Crim Proc 11.07 or 11.071.

5)    Appellant's motion for rehearing will present substantial intervening circumstance that establish a denial of procedural due process during the trial court's findings of fact and conclusion of law stage.

6)    Appellant's motion for rehearing will show that during the findings of fact and conclusions of law process, the trial judge and assistant district attorney were under FBI investigation for their role in civil rights violation which led to Appellant's indictment and conviction.   [see Attachment A].

7)    Appellant's motion for rehearing will show the trial judge of the 208th district court and the Harris County assistant district attorney submitted findings of fact and conclussions of law in the present case while knowingly under FBI investigation.

Wherefore, Appellant respectfully prays that this Court enter Judgment Granting Appellant:

8)    A 40 day extention to file a motion for rehearing.

Page 2

9) Based on the memorandum for FBI Headquarters in Washington, DC, which establishes an investigation of the trial judge and assistant district attorney, an order pursuant to Tex R. App. Proc. 79.2 (d) that the Court, on its own initiative will reconsider the case.

December 29, 2014                                    Respectfully submitted,

                                                    *Lamar Burks*
                                                    LAMAR BURKS
                                                    TDCJ-ID NO 1011723
                                                    DARRINGTON UNIT
                                                    59 DARRINGTON ROAD
                                                    ROSHARON, TEXAS 77583

## CERTIFICATE OF SERVICE

I herby certify that the foregoing MOTION FOR EXTENTION OF TIME FOR FILING REHEARING has been forwarded by U.S. mail to Harris County District Attorney Devon Anderson, 1201 Franklin, suite 600, Houston, Texas 77002 on Decenber 29, 2014.

                                                    *Lamar Burks*
                                                    LAMAR BURKS

ATTACHMENT   A.



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

July 23, 2014


Mr. Lamar Burks
#1011723
59 Darrington Road
Rosharon, TX  77583

Dear Mr. Burks:

Your May 12th, 2014 complaint addressed to the FBI Office of Professional Responsibility was received by the Initial Processing Unit (IPU), Internal Investigations Section (IIS), Inspection Division (INSD).  The IIS/INSD is the FBI entity responsible for investigating allegations of serious misconduct or criminal activity on the part of FBI employees.

In your complaint, you advised of information you have regarding the retaliatory killings and your beliefs that a Special Agent may have failed to perform the normal required investigatory procedure in these retaliatory killings.  We have forwarded this information to the Criminal Investigative Division, Public Corruption & Civil Rights Section.

The purpose of this letter is to extend our appreciation to you for coming forward with your concerns.  The information you provided will be processed and handled appropriately. The FBI continually strives to provide independent and evaluative oversight of all investigative and administrative operations, to include our personnel.  Your decision to perform a critical role to ensure compliance and facilitate the improvement of the FBI is greatly appreciated.

Sincerely,

Lee W. Harbaugh
Unit Chief
Initial Processing Unit
Inspection Division